UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE L. BENNETT, *et al.*,

    Plaintiffs,

v.                                                            Case No.  5:20-cv-316-TKW/MJF

JEREMY HEAD, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This *pro se* case is before the court on referral from the clerk of the court.[1] On June 4, 2021, the undersigned ordered Plaintiffs to correct several deficiencies in their first amended complaint. (Doc. 16).[2] The undersigned ordered Plaintiffs to file a second amended complaint or a notice of voluntary dismissal. (*Id.*). The undersigned warned Plaintiffs that failure to comply with that order likely would result in dismissal of this case. (*Id*. at 6). Plaintiffs have not complied with that

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] On November 25, 2020, the undersigned reviewed Plaintiffs' original complaint, identified deficiencies in Plaintiffs' original complaint, and ordered Plaintiffs to replead. (Doc. 4). When Plaintiffs failed to comply with that order, the undersigned issued an order to show cause. (Doc. 5). Plaintiffs submitted their first amended complaint, which did not correct the deficiencies identified by the undersigned.

order.[3]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiffs' failure to comply with orders of this court.[4]

2. The clerk of the court be directed to close this case file.

At Pensacola, Florida, this 15th day of July, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[3] The undersigned ordered Plaintiffs to correct the noted deficiencies and submit an amended complaint within thirty days. The undersigned provided Plaintiffs an additional week to comply with that order.

[4] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").